UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **MICK DORSEY** | **13-10831** |
| | SECTION A |
| DEBTOR | CHAPTER 13 |
| | |
| **MICK DORSEY** | ADVERSARY NO. **13-1047** |
| PLAINTIFF | |
| VERSUS | |
| **U.S. DEPARTMENT OF EDUCATION AND UNITED STUDENT AID FUNDS, INC**. | |
| DEFENDANT | |

## REASONS FOR ORDER

This matter is before the Court pursuant to a Motion for Extension of Time (p-92) for the United States Department of Education ("Defendant") to respond to the Objection and Motion to Strike the Defendant's Answer (p-90) filed by Mick Dorsey ("Plaintiff"). Plaintiff has filed an Objection (p-94) to such an extension. Plaintiff objects stating that this Court lacks jurisdiction over the matter because "a Mandate by the United States District Court [for the] Eastern District of Louisiana Clerk of Court **has not** been issued. [emphasis original]."

On February 26, 2015, United States District Court Judge Susie Morgan issued Order and Reasons (p-81) providing, in pertinent part: "This matter is **REMANDED** to the U.S. Bankruptcy Court for the Eastern District of Louisiana for further proceedings consistent with this order." In support of his claim that Judge Morgan's remand is insufficient for the purpose of imparting jurisdiction to this Court, Plaintiff cites no Local Rule of the United States District Court for the

Eastern District of Louisiana or Federal Rule of Civil Procedure.[1] Instead, Plaintiff relies on the Federal Rules of Appellate Procedure.

Pursuant to Federal Rule of Appellate Procedure 41, a clerk of court for a federal appellate court is charged with the responsibility of issuing a mandate which consists of "a certified copy of the judgment, a copy of the court's opinion, if any, and any direction about costs." There is no corresponding rule applicable to district courts. Jurisdiction was lodged with this Court upon Judge Morgan's remand of the matter.

Accordingly, the Court finds that Plaintiff's Objection is not well-founded and Defendant's Motion for Extension of Time is **GRANTED. IT IS ORDERED** that Defendant has until April 14, 2015, to respond to Plaintiff's Objection and Motion to Strike Defendant's Answer. An Order will be issued in accordance with these reasons.

New Orleans, Louisiana, March 20, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

---

[1] Indeed, there is no Local Rule or Federal Rule of Civil Procedure supporting Plaintiff's argument.