UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **MICK DORSEY** | **13-10831** |
| | SECTION A |
| DEBTOR | CHAPTER 13 |
| | |
| **MICK DORSEY** | ADVERSARY NO. |
| | **13-1047** |
| PLAINTIFF | |
| VERSUS | |
| **U.S. DEPARTMENT OF EDUCATION AND UNITED STUDENT AID FUNDS, INC**. | |
| DEFENDANT | |

## REASONS FOR ORDER

This matter is before the Court pursuant to "Plaintiff's Reply to Recent Orders" (p-104). The substance of Mick Dorsey's ("Dorsey") Reply seeks a new trial with regard to this Court's Order of March 20, 2015 confirming jurisdiction over this Adversary.

In support of his request for new trial, Dorsey avers that a district court sitting on appeal of a bankruptcy court order employs an identical standard of review as employed by a court of appeal reviewing a district court opinion.[1]  Dorsey then argues that the Federal Rules of Appellate Procedure should be employed in connection with the appeal of a bankruptcy court decision to the district court.

The fact that a district court, in presiding over an appeal of a bankruptcy court decision, applies the same standard of review as an appellate court, does not mean that Federal Rules of

---

[1] *See* 28 U.S.C. § 158(c)(2); *see also In re Nat'l Gypsum Co.,* 208 F.3d 498, 504 (5th Cir. 2000).

Appellate Procedure are applicable to the district court. Instead, "[t]he procedure for appeals of bankruptcy court orders, judgments and decrees is found in Part VIII of the Bankruptcy Rules."[2]

Under Part VIII of the Bankruptcy Rules, there is no requirement that a mandate from the clerk of court be issued or that a litigant be provided time to seek a panel rehearing, before jurisdiction, following remand from the district court, is lodged with the bankruptcy court. Indeed, United States District Court Judge Susie Morgan has advised that the above-captioned case is properly before the bankruptcy court, providing that "[b]ecause the District Court issued its order and reasons remanding this matter to the Bankruptcy Court on February 26, 2015, the District Court case has been closed . . . . **Future motions and pleadings are to be filed with the Bankruptcy Court.**"[3]

For these reasons, the "Plaintiff's Reply to Recent Orders," filed by Mick Dorsey, is **DENIED**. An Order will be issued in accordance with these reasons.

New Orleans, Louisiana, April 23, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

---

[2] Collier on Bankruptcy ¶ 5.01 (Alan N. Resnick & Hyenry J. Sommer eds., 16th ed).

[3] Pleading 103 (emphasis provided).