UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **MICK DORSEY** | **13-10831** |
| | SECTION A |
| DEBTOR | CHAPTER 13 |
| | |
| **MICK DORSEY** | ADVERSARY NO. |
| | **13-1047** |
| PLAINTIFF | |
| VERSUS | |
| **U.S. DEPARTMENT OF EDUCATION AND UNITED STUDENT AID FUNDS, INC**. | |
| DEFENDANT | |

## REASONS FOR ORDER

This matter is before the Court pursuant to Plaintiff's "Objection and Motion to Strike Answer of the United States of America to Complaint to Determine Dischargeability of Debt and Re-Enforce the Existing Stay of Proceedings" (p-90). In support of his motion, Plaintiff, Mick Dorsey, asserts:

> The Clerk of Court has not issued a Mandate containing a certified true copy of a judgment and costs and is not expected to do so for several weeks due to the matter involving the United States, or a United States agency, see [sic] Fed. R. App. P - Rule 40(a)(1)(A) and (B); **therefore, the matter is still under the jurisdiction of the United States District Court [for the] Eastern District of Louisiana**.[1]

As this Court has previously provided,[2] the federal rules of appellate procedure are not applicable to the above captioned case. Further, the instant matter is **not** under the jurisdiction of

---

[1] Pleading 90 (emphasis provided).

[2] *See* pleading 95

the United States District Court for the Eastern District of Louisiana. United States District Court Judge Susie Morgan has specifically advised that the District Court case is closed and motions may no longer be filed in the matter. Instead, "[f]uture motions and pleadings are to be filed with the Bankruptcy Court."[3] Thus, the government did not err in filing its Answer with this Court

For these reasons, Plaintiff's "Objection and Motion to Strike Answer of the United States of America to Complaint to Determine Dischargeability of Debt and Re-Enforce the Existing Stay of Proceedings" is **DENIED**. An Order will be issued in accordance with these reasons.

New Orleans, Louisiana, April 23, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

---

[3] *See* pleading 103.